AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| Wells Fargo Bank, N.A. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:22-cv-00180-BSM |
| PF Allied Gardens LLC, et al. | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___June 6, 2024___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___7/9/24___

**TAMMY H. DOWNS**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WELLS FARGO BANK, N.A.**                                                                                      PLAINTIFF
*as Trustee For Morgan Stanley Capital I Trust*
*2016-UBS 12, Commercial Mortgage Pass-Through*
*Certificates, Series 2016-UBS 12*

v.                              CASE NO. 4:22-CV-00180-BSM

**PF ALLIED GARDENS LLC,** *et al.*                                                                 DEFENDANTS

## ORDER

Wells Fargo Bank, N.A.'s motion for attorneys' fees [Doc. No. 80] is granted as modified. Wells Fargo is awarded $422,865 in attorneys' fees and $4,792.17 in costs.

Under the terms of the loan documents, defendants agreed to pay costs, expenses, and reasonable attorneys' fees incurred in enforcing the documents, and defendants did not oppose the motion for fees. The time billed by Wells Fargo's lawyers is reasonable considering the time and labor required, the amount involved, and the results obtained. *See G & K Servs. Co. v. Bill's Super Foods, Inc.*, 766 F.3d 797, 801 (8th Cir. 2014) (citing *Chrisco v. Sun Indus., Inc.*, 304 Ark. 227, 229, 800 S.W.2d 717, 718–19 (1990)). But the hourly rates charged by the Dykema Gossett lawyers are high compared to the fees customarily charged in Arkansas for similar work. I find that reasonable hourly rates for the Dykema Gossett lawyers are as follows: $375 for Edward S. Weil, $350 for Robert B. Groholski, and $325 for Paulina Garga-Chmiel. *See Bryant v. Jeffrey Sand Co.*, 919 F.3d 520, 529 (8th Cir. 2019) ("When determining reasonable hourly rates, district courts may rely on their own experience and knowledge of prevailing market rates.").

Wells Fargo is therefore awarded $388,397.50 for work performed by Dykema Gossett lawyers; $1,151.38 for costs incurred by Dykema Gossett; $34,467.50 for work performed by Wright, Lindsey & Jennings lawyers; and $3,640.79 for costs incurred by Wright, Lindsey & Jennings; for a total of $422,865 in attorneys' fees and $4,792.17 in costs.

IT IS SO ORDERED this 6th day of June, 2024.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE